IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN RAY DYNES, | ) | No. C 13-5741 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ALAMEDA COUNTY SUPERIOR COURT, | ) | |
| Respondent. | ) | |

The court has dismissed the instant action without prejudice for petitioner's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

DATED: 

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\RMW\HC.13\Dynes741jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN RAY DYNES,

        Plaintiff,

  v.

ALAMEDA COUNTY SUPERIOR COURT,

        Defendant.
                                     /

Case Number: CV13-05741 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Ray Dynes 1532148  
Fresno County Jail  
PO Box 872  
Fresno, CA 93712

Dated: March 31, 2014

                                  Richard W. Wieking, Clerk  
                                  By: Jackie Lynn Garcia, Deputy Clerk